# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                       Case No: 21-MJ-791 CEG

**JOHNNY FRANK RODRIGUEZ**

    Defendant.

## NOTICE OF INTENTION TO ENTER GUILTY PLEA

JOHNNY FRANK RODRIGUEZ, through his attorney of record, Imtiaz Hossain, hereby gives notice that he intends to enter a guilty plea. All time from August 12, 2021 to the date of the plea hearing should be excluded from speedy indictment time computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                                  Respectfully submitted,

                                                  **FEDERAL PUBLIC DEFENDER**
                                                  506 S. Main, Ste. 400
                                                  Las Cruces, NM 88001
                                                  (575) 527-6930

                                                  *Electronically filed 8/12/2021*
                                                  By */s/ Imtiaz Hossain*
                                                      Imtiaz Hossain
                                                      Assistant Federal Public Defender