IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No.  21-MJ-791 CEG

JOHNNY FRANK RODRIGUEZ,

    Defendant.

## **O R D E R**

    THIS MATTER is before the court on the Motion to Withdraw filed by Imtiaz Hossain, counsel appointed to represent Defendant. The Court finds that the Motion is well-taken and should be granted.

    IT IS THEREFORE ORDERED that the Motion to Withdraw filed by Imtiaz Hossain is GRANTED. The Clerk shall appoint new counsel from the CJA panel to represent Defendant in this matter forthwith.

_____
CARMEN E. GARZA
CHIEF U.S. MAGISTRATE JUDGE

SUBMITTED BY:
IMTIAZ HOSSAIN
Assistant Federal Public Defender